UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL E. RASOR,

    Plaintiff,

vs.                                             Case No.: 8:04-CV-2060-30MAP

EVERETT S. RICE, individually and in his
Official capacity as Sheriff of the Pinellas
County Sheriff's Office, and JIM COATS,
in his official capacity as Chief Deputy of
the Pinellas County Sheriff's Office,

    Defendants.
_____/

## **ORDER**

Before the Court is Plaintiff's Motion to Compel Answers to Interrogatories from Defendants (doc. 48) and Defendants' response thereto (doc. 60), and Plaintiff's Motion to Strike Defendant's Responses and Objections to Plaintiff's Requests for Admissions and Motion to have Requests for Admissions Deemed Admitted (doc. 52) and Defendants' response thereto (doc. 61).

Essentially, Defendants refused to respond to Plaintiff's interrogatories, reasoning that the interrogatories with their extensive sub-parts exceeded the twenty-five number limit allowed by the Federal Rules of Civil Procedure. Defendants further objected to the scope and relevancy of the interrogatories. Upon consideration, I find the interrogatories although cumbersome are appropriate in this action, especially in light of the Plaintiff's second amended complaint.

Plaintiff motion to strike (doc. 52) fails to comply with Local Rule 3.04(a). In any event, however, I find Defendants' responses timely and no need for the requests to be deemed admitted. I further find the responses, including the qualified admissions and objections, proper. As

Defendants noted in their memorandum (doc. 61), the purpose of Rule 36 is to narrow the issues for trial and requests for admissions regarding central issues are improper.

Accordingly, it is hereby

ORDERED:

1. Plaintiff's Motion to Compel Answers to Interrogatories from Defendants (doc. 48) is GRANTED. Defendants are directed to respond to Plaintiff's interrogatories within ten (10) days of this Order.

2. Plaintiff's Motion to Strike Defendant's Responses and Objections to Plaintiff's Requests for Admissions and Motion to have Requests for Admissions Deemed Admitted (doc. 52) is DENIED.

3. Plaintiff's requests for sanctions (docs. 48 and 52) are DENIED.

DONE AND ORDERED in chambers this 23rd day of September, 2005.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE