**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CAROL E. RASOR,**

    **Plaintiff,**

**v.**                                                      **Case No.  8:04-cv-2060-T-30MAP**

**EVERETT S. RICE, individually and in his**
**official capacity as Sheriff of the Pinellas**
**County Sheriff's Office, and JIM COATS,**
**individually and in his official capacity as**
**Chief Deputy of the Pinellas County Sheriff's**
**Office,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion of Defendant Everett S. Rice for Reconsideration or Clarification of the Court's Order Denying His Motion to Dismiss Plaintiff's Disparate Impact Claim and Memorandum in Support (Dkt. # 90) and Plaintiff's Response to Defendant Rice's Motion for Reconsideration or Clarification (Dkt. # 93).  The Court, having considered the motion and memorandum, and being otherwise fully advised, finds that the motion should be denied.  The Court reiterates its holding that Plaintiff's Statement of Harm in her EEOC complaint was sufficient to provide the EEOC with notice of Plaintiff's disparate impact claim.  As the Court previously stated, Plaintiff is not required to state with specificity the legal theories or specific evidence that form the basis of her claims.

It is therefore ORDERED AND ADJUDGED that:

1. The Motion of Defendant Everett S. Rice for Reconsideration or Clarification of the Court's Order Denying His Motion to Dismiss Plaintiff's Disparate Impact Claim and Memorandum in Support (Dkt. # 90) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2060.mot reconsider mtd.wpd